AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Amirkhanov Yerkyn | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:23-cv-02399-LDH-CLP |
| | ) |
| Klebanov Alexandr Yakovlevich;  Kan Sergey Vladimirovich;  National Security Committee of Kazakhstan | ) |
| | ) |
| _Defendant(s)_ | ) |

## RE-ISSUED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Klebanov Alexandr Yakovlevich
Central-Asian Power Energy
Company, JSC; Chairman
12 Makataveva Street, Apt. 53
Almaty City
Republic of Kazakhstan, 050004

Kan Sergey Vladimirovich
Central-Asian Power Energy
Company, JSC; Shareholder
101 Panfilova Street, Apt 62
Almaty City
Republic of Kazakhstan, 050000

National Security Committee of Kazakhstan
66 Syganak Street
Astana City
Republic of Kazakhstan, 010000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Pro se Petitioner

Amirkhanov Yerkyn
815 Avenue U  Floor 2
Brooklyn, NY 11223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

_CLERK OF COURT_

Date: _____04/21/2023_____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-02399-LDH-CLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❑ I returned the summons unexecuted because _____ ; or

    ❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

                                              _____
                                                     *Server's signature*

                                              _____
                                                    *Printed name and title*

                                              _____
                                                    *Server's address*

Additional information regarding attempted service, etc: