# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases**

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

    Initial here __Y.A.__

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

    Initial here __Y.A.__

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

    Initial here __Y.A__

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

    Initial here __Y.A__

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

    Initial here __Y.A__

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

    Initial here __Y.A.__

Date: __05/11/2023__    Signature: _____

Case No.: __23-CV-02399-LDH-CLP__    Print Full Name: __YERKYN AMIRKHANOV__

Telephone No.: __347 216 9564__    Email Address: __YERKYN.AMIRKHANOV@GMAIL.COM__

Home Address: __815 AVENUE U, FL2, BROOKLYN, NY 11223__

Return form to:    U.S.D.C., E.D.N.Y. - Pro Se Dept.
    225 Cadman Plaza East    or    100 Federal Plaza
    Brooklyn, NY 11201            Central Islip, NY 11722

8/2013

YERKYN AMIRKHANOV
815 AVENUE U, Fl 2
BROOKLYN, NY 11223

USDC-Pro Se Office
225 Cadman Plaza East
BROOKLYN, New York 1120