Yerkyn Amirkhanov
815 Avenue U Fl 2
Brooklyn, NY, 11223

26 June 2022

To:  the Honorable Judge LaShann DeArcy Hall
     United States District Judge

Cc:  the Honorable Cheryl L. Pollak,
     United States Magistrate Judge

United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn, New York 11201

*RE: Request for extension of time for service on 23-CV-2399 (LDH) (CLP)*

Dear Your Honor,

I am Yerkyn Amirkhanov filed a lawsuit (# 23-CV-2399 (LDH) (CLP)) as a plaintiff against the citizens of Republic of Kazakhstan - Klebanov Alexandr Y., Kan Sergey V., and the state organization – The National Security Committee of the Republic of Kazakhstan. According to the Rule (4m) of the Federal Rules of Civil Procedure, plaintiff has 90 days from the date the Complaint was filed to serve the defendants and file proof of service with the Court.

Since the defendants are foreign individuals and foreign state organization, located outside the United States, the service under the Rules (4f)(1) and (4J)(2)(A), is carried out following the provisions of the Hague Convention (1965) on the Service Abroad of Judicial and Extrajudicial Documents. Currently, two of the three defendants were served, including individual - Kan Sergey V. and the National Security Committee of the RK. Service of the third individual - Klebanov Alexander Y. hasn't been completed yet, since Klebanov A. left Kazakhstan and did not appear there for several months. He permanently changes his location, and appears in different countries, and his residence or place of abode is currently unknown. I have sought every opportunity up to the current moment, but the actions are not successful for now.

In this regard, I would kindly ask Your Honor to grant me the extension of the time for service for an appropriate possible period up to 60 days in accordance with the Rule (4m) of the Federal Rules of Civil Procedure. From my side, the original summons and proof-of-service will be filed immediately as the service takes place.

This is my first request as a plaintiff for an extension of time for service.
Sincerely,

Yerkyn Amirkhanov