**RECEIVED JUN 26 2023 PRO SE OFFICE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-02399-LDH-CLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kan Sergey Vladimirovich**
was received by me on *(date)* **May 04, 2023**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **I personally served the summons at the office located at address: 506/99 Seifullin Str, 9Fl, ALMATY, Kazakhstan through Tlepova A. on June 1, 2023**

My fees are $ _____ for travel and $ **350.00** for services, for a total of $ **350.00**.

I declare under penalty of perjury that this information is true.

Date: **05.06.2023**

*Server's signature*

**Iskakov N.D. legal advisor**
*Printed name and title*

**Astana city, Baitursinuli, 19-75**
*Server's address*

Additional information regarding attempted service, etc:

**I personally served the summons through Tlepova A., the personal assistant of Kan Sergey in his office in the Business Center of RIXOS Hotel ALMATY. Please see attached:**
**1) Certificate of Transfer-Acceptance dated June 1, 2023**

## CERTIFICATE OF TRANSFER and ACCEPTANCE
## of materials on civil case No. 23-CV-02399- LDH

| № | Name | Number of pages |
|---|------|-----------------|
| 1. | ~~Summons~~ on civil action in English, with translation in Russian and Kazakh languages (*handwritten – copy of Summons, not notarized*) | 1 page (translations on 2 pages) |
| 2. | Complaint for civil case in English (blank), with translation in Russian and Kazakh languages (*handwritten – copy of Complaint, not notarized*) | 7 pages (translation on 14 pages) |
| 4. | Final page of Claim in English, with translation in Russian and Kazakh languages (*handwritten – copy of Final page, not notarized*) | 1 page (translations on 2 pages) |
| 5. | Notice with the Notice, Consent and Reference of a civil action to Magistrate Judge in English, with translation in Russian and Kazakh languages (*handwritten – copy of Notice, not notarized*) | 2 pages (translation in 6 pages) |
| 6. | Attachments to claim (*handwritten – copy of Attachments, not notarized*) | 72 pages |

**Passed by:**                                **Accepted by:**

*(signed)*                                    *(signed)*

———————————————            ———————————————

Iskakov Nurbek Dairabayevich                  *Tlepova A. for transfer, without POA*
Identity card № 040311101
Issued by MIA RK 28.06.2016 г.
*Legal consultant*

# АКТ
## Приема - Передачи
### материалов по гражданскому делу №23-CV-2399- LDH

| № | Наименование | Кол-во листов |
|---|---|---|
| 1. | ~~Судебная повестка~~ по гражданскому делу на английском языке, с переводом на казахский и русский языки *(не заверенные копии судебной повестки нотариально)* | 1 лист (переводы на 2 листах) |
| 2. | ~~Иск~~ по гражданскому делу на английском языке (бланк), с переводом на казахский и русский языки *(не заверенные копия иска нотариально)* | 7 листов (переводы на 14 листах) |
| 4. | ~~Резолютивная часть иска~~ на английском языке, с переводом на казахский и русский языки *(не заверенные нотариа- копия резолютивной части иска ко копии перевода)* | 1 лист (переводы на 2 листах) |
| 5. | ~~Уведомление~~ с шаблоном согласия и назначения мирового судьи на английском языке, с переводом на казахский и русский языки *копия уведомления (не нотариально заверенное)* | 2 листа (переводы на 6 листах) |
| 6. | Приложения к иску *(копии приложений к иску)* | 72 листа |

**Передал:**

_[signature]_

_____

Искаков Нурбек Дайрабаевич
Уд. личности № 040311101
Выд. МВД РК 28.06.2016 г.

*юридический консультант*

**Принял:**

_[signature]_

_____

*Пилегова А.
удм передачи, без доверенности*