AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-02399-LDH-CLP

**RECEIVED JUN 26 2023 PRO SE OFFICE**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The National Security Committee of RK**
was received by me on *(date)* **May 30, 2023**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Orynbasar M.G**, who is designated by law to accept service of process on behalf of *(name of organization)* **The National Security Committee of the RK** on *(date)* **June 5, 2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **200.00** for travel and $ **350.00** for services, for a total of $ **550.00**.

I declare under penalty of perjury that this information is true.

Date: **05.06.2023**

*Server's signature*

**Iskakov N.D. legal advisor**
Printed name and title

**Astana city, Baitursinuli, 19-75**
Server's address

Additional information regarding attempted service, etc:

The Summons was served to the Office of the Chairman of the National Security Committee of RK Mr. Sagimbayev Y.A, through designated officer Ms. Orynbasar M.G.
Please see attached:
1) Cover Letter with official receipt stamp dated June 05, 2023;
2) Transfer certificate dated June 05, 2023

***Translation into English***

**The Chairman of the
National Security Committee of
the Republic of Kazakhstan,
Lieutenant-General Mr. Sagimbaev Y.A.**

In the framework of the civil case N 23-CV-2399- (LDH) filed by Amirkhanov Y.A., in the United States District Court for the Eastern District of New York against the National Security Committee of the Republic of Kazakhstan (inclusive), we hereby send materials on the civil case for review and further work.

Appendices: materials on 107 sheets.

**Representative**          *(signed)*                              **Iskakov N.D.**

05.06.23

Председателю Комитета
Национальной Безопасности Республики Казахстан,
Генерал-лейтенанту национальной безопасности
господину САГИМБАЕВУ Е.А.

В рамках гражданского дела №23-CV-2399-LDH, возбужденного по иску Амирханова Е.А., в Федеральном Суде США по Восточному округу Нью-Йорка против Комитета Национальной Безопасности Республики Казахстан (включительно) в качестве ответчика настоящим направляем для ознакомления и дальнейшей работы материалы по гражданскому делу.

Приложения: материалы на 72 листах.

Представитель                                    Искаков Н.Д.

Уд. личности № 040311101
Выд. МВД РК 28.06.2016 г.
тел.:

## CERTIFICATE OF TRANSFER and ACCEPTANCE
## of materials on civil case No. 23-CV-02399- LDH

| № | Name | Number of pages |
|---|------|-----------------|
| 1. | Summons on civil action in English, with translation in Russian and Kazakh languages | 1 page (translations on 2 pages) |
| 2. | Complaint for civil case in English (blank), with translation in Russian and Kazakh languages | 7 pages (translation on 14 pages) |
| 4. | Final page of Claim in English, with translation in Russian and Kazakh languages | 1 page (translations on 2 pages) |
| 5. | Notice with the Notice, Consent and Reference of a civil action to Magistrate Judge in English, with translation in Russian and Kazakh languages | 2 pages (translation in 6 pages) |
| 6. | Attachments to claim | 72 pages |

**Passed by:**

(signed)
_____

Iskakov Nurbek Dairabayevich
Identity card № 040311101
Issued by MIA RK 28.06.2016 г.

**Accepted by:**

O.M.G. (signed)
_____

05.06.2023

# АКТ
## Приема - Передачи
### материалов по гражданскому делу №23-CV-2399- LDH

| № | Наименование | Кол-во листов |
|---|---|---|
| 1. | Судебная повестка по гражданскому делу на английском языке, с переводом на казахский и русский языки | 1 лист (переводы на 2 листах) |
| 2. | Иск по гражданскому делу на английском языке (бланк), с переводом на казахский и русский языки | 7 листов (переводы на 14 листах) |
| 4. | Резолютивная часть иска на английском языке, с переводом на казахский и русский языки | 1 лист (переводы на 2 листах) |
| 5. | Уведомление с шаблоном согласия и назначения мирового судьи на английском языке, с переводом на казахский и русский языки | 2 листа (переводы на 6 листах) |
| 6. | Приложения к иску | 72 листа |

Передал:                                     Принял:

_(подпись)_                                  _(подпись)_   05.06.23г.

Искаков Нурбек Дайрабаевич
Уд. личности № 040311101
Выд. МВД РК 28.06.2016 г.