UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMIRKHANOV YERKYN,

                         Plaintiff,

        - against -

**ORDER**
23-CV-2399 (LDH) (CLP)

KLEBANOV ALEXANDR YAKOVLEVICH,
KAN SERGEY VLADIMIROVICH and
NATIONAL SECURITY COMMITTEE OF
KAZAKHSTAN,

                        Defendants.
-------------------------------------------------------------X
CHERYL L. POLLAK, United States Magistrate Judge:

On March 3, 2023, plaintiff Amirkhanov Yerkyn, who is proceeding *pro se*, commenced this action against defendants Klebanov Alexandr Yakovlevich, Kan Sergey Vladimirovich, and the National Security Committee of Kazakhstan. On April 20, 2023, the undersigned Ordered plaintiff to serve defendants by June 26, 2023. (ECF No. 5). On April 21, 2023, plaintiff filed an Amended Complaint. The Summons and Complaint were served on defendant Vladimirovich on June 1, 2023, and on defendant National Security Committee of Kazakhstan on June 5, 2023.[1] (ECF Nos. 10-11).

On June 9, 2023, plaintiff moved for a 60-day extension of time to serve the defendant Yakovlevich, who is a "foreign individual," and who plaintiff is having difficulties locating. (ECF No. 9). The Court grants plaintiff's request nunc pro tunc. Plaintiff is to serve defendant Yakovlevich by **August 8, 2023** and file proof of service on the docket. If defendants do not

---

[1] The Court notes that upon a review of the proof of service filed on the docket, it is unclear whether the new Summons for the Amended Complaint, and the Amended Complaint, were served on these defendants or if it was the original Summons and Complaint that were served. By **August 8, 2023**, plaintiff is to also file a sworn affidavit confirming that the Summons for the Amended Complaint and the Amended Complaint itself were served on all three defendants.

1

Answer the Complaint once they are properly served, plaintiff may seek default against the non-appearing defendants pursuant to Federal Rule of Civil Procedure 55(a).

Finally, the Court directs plaintiff to contact the Eastern District's pro se office at (718) 613-2665 for further assistance in effectuating proper service. Plaintiff may also contact the Eastern District's pro se legal clinic, which provides free, limited-scope legal services to pro se litigants with cases in this Court, at (212) 382-4729.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail. **Plaintiff is Ordered to serve a copy of this Order on all three defendants and file proof of service on the docket by August 8, 2023.**

**SO ORDERED.**

Dated: Brooklyn, New York
July 6, 2023

/s/ Cheryl L. Pollak
_____
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York