AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Amirkhanov Yerkyn <br><br> *Plaintiff(s)* <br> v. <br> Klebanov Alexandr Yakovlevich; Kan Sergey Vladimirovich; National Security Committee of Kazakhstan <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-02399-LDH-CLP |

## RE-ISSUED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Klebanov Alexandr Yakovlevich
Central-Asian Power Energy
Company, JSC; Chairman
12 Makataveva Street, Apt. 53
Almaty City
Republic of Kazakhstan, 050004

Kan Sergey Vladimirovich
Central-Asian Power Energy
Company, JSC; Shareholder
101 Panfilova Street, Apt 62
Almaty City
Republic of Kazakhstan, 050000

National Security Committee of Kazakhstan
66 Syganak Street
Astana City
Republic of Kazakhstan, 010000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro se Petitioner

Amirkhanov Yerkyn
815 Avenue U  Floor 2
Brooklyn, NY 11223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ___04/21/2023___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-02399-LDH-CLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                         _____
                                                         *Server's signature*

                                             _____
                                                         *Printed name and title*

                                             _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-2399-LDH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**RECEIVED AUG 01 2023 PRO SE OFFICE**

This summons for *(name of individual and title, if any)* __KLEBANOV ALEXANDR__

was received by me on *(date)* __04/21/2023__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __I sent the summons by DHL mail service to an address known to me in FRANCE and received a proof of delivery to person, who named as Klebanov B.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __08/01/2023__

_____
Server's signature

__YERKYN AMIRKHANOV__
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:
Please see attached: 1) DHL proofe of delivery/statement of final status for the shipment with waybill 6599622153 (1 page)
2) DHL ALL shipment updates Tracking Code (2 pages)



26 July 2023

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 6599622153.

Thank you for choosing DHL Express.

www.dhl.com

### Your shipment 6599622153 was delivered on 24 July 2023 at 14.43

| | | | |
|---|---|---|---|
| **Signed** | KLABANOV B | **Receiver Name** | KLEBANOV ALEXANDR |
| **Signature** | [signature image] | **Receiver Address** | 985 CHEMIN DU RETENAOU<br>VALLAURIS<br>FRANCE |
| **Shipment Status** | Delivered | **Piece ID(s)** | JD014600011109922021 |

### Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Shipper Name** | YERKYN AMIRKHANOV |
| **Picked Up** | 20 July 2023 at 18.06 | **Shipper Address** | 815 AVENUE U FL 2<br>NY NY<br>BROOKLYN<br>UNITED STATES OF AMERICA |
| **Number of Pieces** | 1 | | |
| **Weight** | 1.23 lbs / 0.56 kg | | |
| **Contents** | LEGAL DOCUMENT | **Shipper Reference** | 6599622153US20230719225052398 |



Tracking Code: 6599622153

This shipment is handled by: **DHL Express**

## Delivered

July, 24 2023 14:43 Local time, Service Area: NICE - FRANCE

**Origin Service Area: ELIZABETH, NJ - USA**

**Destination Service Area: NICE - FRANCE**

To protect your privacy, more delivery details are available after validation

## More Shipment Details

## All Shipment Updates

**Monday**
**July, 24 2023**
14:43 Local time
— Delivered
Service Area: NICE - FRANCE
1 Piece ID: JD014600011109922021

**Monday**
**July, 24 2023**
10:16 Local time
— Shipment is out with courier for delivery
NICE - FRANCE
1 Piece ID: JD014600011109922021

07:42 Local time
— Arrived at DHL Delivery Facility NICE - FRANCE
NICE - FRANCE
1 Piece ID: JD014600011109922021

06:16 Local time
— Shipment has departed from a DHL facility MARSEILLE - FRANCE
MARSEILLE - FRANCE
1 Piece ID: JD014600011109922021

06:04 Local time
— Processed at MARSEILLE - FRANCE
MARSEILLE - FRANCE
1 Piece ID: JD014600011109922021

03:31 Local time
— Arrived at DHL Sort Facility MARSEILLE - FRANCE
MARSEILLE - FRANCE
1 Piece ID: JD014600011109922021

**Saturday**
**July, 22 2023**
04:31 Local time
— Shipment has departed from a DHL facility LEIPZIG - GERMANY
LEIPZIG - GERMANY
1 Piece ID: JD014600011109922021

02:11 Local time
— Processed at LEIPZIG - GERMANY
LEIPZIG - GERMANY

**DHL**  ⌄  ⌄   ⌄  Customer Service   🔍  👤 ⌄

| | | |
|---|---|---|
| **July, 21 2023**<br>23:06 Local time | △ | **Arrived at DHL Sort Facility LEIPZIG - GERMANY**<br>LEIPZIG - GERMANY<br>1 Piece ID: JD014600011109922021 |
| 08:53 Local time | △ | **Shipment has departed from a DHL facility NEW YORK CITY GATEWAY - USA**<br>NEW YORK CITY GATEWAY, NY - USA<br>1 Piece ID: JD014600011109922021 |
| 04:07 Local time | △ | **Processed at NEW YORK CITY GATEWAY - USA**<br>NEW YORK CITY GATEWAY, NY - USA<br>1 Piece ID: JD014600011109922021 |
| 00:52 Local time | △ | **Arrived at DHL Sort Facility NEW YORK CITY GATEWAY - USA**<br>NEW YORK CITY GATEWAY, NY - USA<br>1 Piece ID: JD014600011109922021 |
| Thursday<br>**July, 20 2023**<br>22:24 Local time | △ | **Shipment has departed from a DHL facility ELIZABETH - USA**<br>ELIZABETH, NJ - USA<br>1 Piece ID: JD014600011109922021 |
| 20:26 Local time | △ | **Processed at ELIZABETH - USA**<br>ELIZABETH, NJ - USA<br>1 Piece ID: JD014600011109922021 |
| 18:05 Local time | △ | **Shipment picked up**<br>ELIZABETH, NJ - USA<br>1 Piece ID: JD014600011109922021 |

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service

# Quick Answers to Common Tracking Questions

**When I track my international DHL Express shipments, why do I sometimes get information for a shipment that is not going to the intended destination?**   ⌄

**I have tracked a shipment and been told to contact DHL. Why is this?**   ⌄

**The tracking results are showing that my shipment is going to a different town or city than it was initially addressed to. Why is this?**   ⌄

**How do I learn who signed for my shipment?**   ⌄

**As an account customer with DHL, is there a tracking solution I can use to receive an overview of all shipments on my account?**   ⌄

**My shipment is showing 'Custom status updated from the destination,' even though the shipment just left the country. What does this mean?**   ⌄

**There were shipments displayed, but mine wasn't listed.**   ⌄