


**Yerkyn Amirkhanov**
**815 Avenue U Fl 2**
**Brooklyn, NY, 11223**

01 August 2023

**To:** **The Honorable Cheryl L. Pollak**
**United States Magistrate Judge**

**CC:** **The Honorable Judge LaShann DeArcy Hall**
**United States District Judge**

United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn,
New York 11201

*RE:1. Service of the Summons to defendant on the case # 23-CV -2399 (LDH) (CLP)*
*2. Service of the Order dated July 6th 2023 on the case # 23-CV -2399 (LDH) (CLP)*

Dear Judge Pollak,

I am Yerkyn Amirkhanov filed a lawsuit ( # 23-CV -2399 (LDH) (CLP)) as a plaintiff against the citizens of the Republic of Kazakhstan - Klebanov Alexandr, Kan Sergey, and the state organization – The National Security Committee of the Republic of Kazakhstan. In accordance with the Federal Rules of Civil Procedure, two of the three defendants including individual - Kan Sergey and the National Security Committee of the RK were served within 90 days from the date the Complaint filing. Regarding the service of the third defendant - Klebanov Alexandr, the extension by August 8th 2023 was granted.

  1. To serve Klebanov A. with the Summons all possible measures were taken from my side, specifically the following was carried out. Klebanov A. indicates his permanent registration address: 12 Makataev str, appt. 53, Almaty, Kazakhstan, which is the permanent residence of his sister Babayeva-Klebanova Anna. My representative has visited this address for several times, but no one was found there. As it was indicated by some neighbors, Babayeva-Klebanova A. was on a vacation, whereas according to others she left a long time ago, and it is unknown when she will return (we have video recording confirmation about these attempts).

Then, my next step was to send the documents (summons, case materials, Court notice, and Order from July 06, 2023) by DHL postal service abroad to the address which is known to me, namely in France: 985 Chemin Du Retenaou Valluris, 06220, France. This is the address of the house belonging to him, namely, the house is registered to a company whose owners are Klebanov Alexander and Klebanov Yakov (son). Usually this was his residence while stay in Europe. The package was successfully delivered by DHL and served to a person who identified himself as

1

Klabanov B. Since this delivery was carried out by a DHL courier, I personally filled out a proof of service (Attachment # 1). Also attached please find the following:

- DHL confirmation dated July 24th, 2023 and correspondence with DHL on the details of this delivery (Attachments # 2, proof &details);
- extract from the National register of Companies of the Republic of France dated July 29th 2023 (Attachment # 3) in French with English translation.

In addition, the full above mentioned package addressed to Klebanov A. was sent by DHL postal service to the office of "CAEPCO" JSC, where Klebanov, being the Chairman of the Board of Directors, has his office in Kazakhstan. The DHL confirmation for this delivery please find as Attachments # 4 (proof &details).

     2. In regards to the Order of Honorable Judge Pollak C.L. dated July 6th 2023 the following proofs of service are provided.

     2.1. The defendant - National Security Committee of the Republic of Kazakhstan was served with the Order by DHL postal service on 25th July 2023, please see the confirmation (Attachment # 5proof &details).

     2.2. To serve the defendant Kan Sergey, my representative addressed to his permanent office on 9th floor of Rixos hotel, 506/99 Seifullyn str., Almaty, Kazakhstan, where the initial service of summons took place. This his daytime permanent location. However, my representative was not allowed into Kan's office and no documents have been accepted from him. Then I've sent a package with an order by DHL postal service to his permanent residence at the address: 291/22 Dostyk Avenue, Almaty, 050020 Kazakhstan. DHL in accordance with their procedures has made three attempts of delivery, and on this third time they agreed personally with Kan to serve the shipment on the next (4th) delivery on July 31st, 2023. But on July 31st, the package was not delivered by DHL, no reason was provided. As a confirmation please find DHL report in Attachment # 6 (details of shipment). Thus, despite the repeated attempts, the Order hasn't been served yet due to the obvious evasion of Kan S. from receiving any court materials. At the moment I'm trying to make this service, and these proofs will be provided additionally by August 8th 2023.

Please find 6 attachments on 17 Pages.

Sincerely,

Yerkyn Amirkhanov

*[signature]* /August 1, 2023

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-2399-LDH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **KLEBANOV ALEXANDR**
was received by me on *(date)* **04/21/2023**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **I sent the summons by DHL mail service to an address known to me in FRANCE and received a proof of delivery to person, who named as Klabenov B.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **08/01/2023**

_____
Server's signature

**YERKYN AMIRKHANOV**
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:
**Please see attached: 1) DHL proof of delivery/statement of final status for the shipment with waybill 6599622153 (1 page)
2) DHL ALL shipment updates Tracking Code (2 pages)**



26 July 2023

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 6599622153.

Thank you for choosing DHL Express.

www.dhl.com

## Your shipment 6599622153 was delivered on 24 July 2023 at 14.43

| | | | |
|---|---|---|---|
| **Signed** | KLABANOV B | **Receiver Name** | KLEBANOV ALEXANDR |
| **Signature** | | **Receiver Address** | 985 CHEMIN DU RETENAOU<br>VALLAURIS<br>FRANCE |
| **Shipment Status** | Delivered | **Piece ID(s)** | JD014600011109922021 |

### Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Shipper Name** | YERKYN AMIRKHANOV |
| **Picked Up** | 20 July 2023 at 18.06 | **Shipper Address** | 815 AVENUE U FL 2<br>NY NY<br>BROOKLYN<br>UNITED STATES OF AMERICA |
| **Number of Pieces** | 1 | | |
| **Weight** | 1.23 lbs / 0.56 kg | | |
| **Contents** | LEGAL DOCUMENT | **Shipper Reference** | 6599622153US20230719225052398 |

Tracking Code: 6599622153

This shipment is handled by: **DHL Express**

## Delivered

July, 24 2023 14:43 Local time, Service Area: NICE - FRANCE

**Origin Service Area: ELIZABETH, NJ - USA**

**Destination Service Area: NICE - FRANCE**

To protect your privacy, more delivery details are available after validation

## More Shipment Details

## All Shipment Updates

**Monday**
**July, 24 2023**
14:43 Local time

Delivered
Service Area: NICE - FRANCE
1 Piece ID: JD014600011109922021

**Monday**
**July, 24 2023**
10:16 Local time

Shipment is out with courier for delivery
NICE - FRANCE
1 Piece ID: JD014600011109922021

07:42 Local time

Arrived at DHL Delivery Facility NICE - FRANCE
NICE - FRANCE
1 Piece ID: JD014600011109922021

06:16 Local time

Shipment has departed from a DHL facility MARSEILLE - FRANCE
MARSEILLE - FRANCE
1 Piece ID: JD014600011109922021

06:04 Local time

Processed at MARSEILLE - FRANCE
MARSEILLE - FRANCE
1 Piece ID: JD014600011109922021

03:31 Local time

Arrived at DHL Sort Facility MARSEILLE - FRANCE
MARSEILLE - FRANCE
1 Piece ID: JD014600011109922021

Saturday
**July, 22 2023**
04:31 Local time

**Shipment has departed from a DHL facility LEIPZIG - GERMANY**
LEIPZIG - GERMANY
1 Piece ID: JD014600011109922021

02:11 Local time

**Processed at LEIPZIG - GERMANY**
LEIPZIG - GERMANY
1 Piece ID: JD014600011109922021

Friday
**July, 21 2023**
23:06 Local time

**Arrived at DHL Sort Facility LEIPZIG - GERMANY**
LEIPZIG - GERMANY
1 Piece ID: JD014600011109922021

08:53 Local time

**Shipment has departed from a DHL facility NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID: JD014600011109922021

04:07 Local time

**Processed at NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID: JD014600011109922021

00:52 Local time

**Arrived at DHL Sort Facility NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID: JD014600011109922021

Thursday
**July, 20 2023**
22:24 Local time

**Shipment has departed from a DHL facility ELIZABETH - USA**
ELIZABETH, NJ - USA
1 Piece ID: JD014600011109922021

20:26 Local time

**Processed at ELIZABETH - USA**
ELIZABETH, NJ - USA
1 Piece ID: JD014600011109922021

  Track ∨    Ship ∨    Enterprise Logistics Services ∨    Customer Service

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service

# Quick Answers to Common Tracking Questions

**When I track my international DHL Express shipments, why do I sometimes get information for a shipment that is not going to the intended destination?** ∨

**I have tracked a shipment and been told to contact DHL. Why is this?** ∨

**The tracking results are showing that my shipment is going to a different town or city than it was initially addressed to. Why is this?** ∨

**How do I learn who signed for my shipment?** ∨

**As an account customer with DHL, is there a tracking solution I can use to** ∨




bopi.export.type.companies

# REGISTRE NATIONAL DES ENTREPRISES
Extrait des inscriptions

Ce document récapitule l'état des inscriptions au Registre national des entreprises concernant l'entreprise
**SCI DU 985 CHEMIN DU RETENAOU** à la date du **29 juillet 2023**

Une mise à jour quotidienne peut être obtenue sur le site DATA INPI à l'adresse https://data.inpi.fr

## Identité de l'entreprise

| | |
|---|---|
| Dénomination : | **SCI DU 985 CHEMIN DU RETENAOU** |
| SIREN (siège) : | 498 528 686 |
| Date d'immatriculation : | 14/06/2007 |
| Début d'activité : | 07/06/2007 |
| Durée de la personne morale : | 99 ans |
| Nature de l'entreprise : | Commerciale |
| Forme juridique : | Société civile immobilière |
| Activité principale : | la propriété la mise en valeur l'administration & l'exploitation par bail location de tous immeubles & droits immobiliers détenus en pleine propriété nue-propriété usufruit dont elle pourrait devenir propriétaire par voie d'acquisition d'apport d'échange où autrement & notamment l'acquisition en pleine propriété d'un bien à Vallauris 985 chemin de Retenaou cadastre secteur Ad n°71 lieudit les Encourdoules l'organisation en vue de faciliter la gestion de cet immeuble & sa transmission, de tous biens & droits pouvant constituer l'accessoire l'annexe ou le complément des immeubles et droits immobiliers en question, l'organisation en vue d'en faciliter la gestion et la transmission. La propriété & la gestion d'un portefeuillle de valeurs mobilières droits sociaux ou tous autres titres détenus en pleine propriété et nue-propriété ou usufruit par voie d'achat d'échange d'apport de souscriptions de parts d'action obligation & de tous titres ou droits sociaux en général. La vente de ces mêmes biens pour autant toutefois qu'elle n'exposé pas la société à être soumise à l'impôt sur les sociétés, ne puisse être considérée comme un acte de commerce & ne porte pas en conséquence atteinte au caractère civil de la société. |
| Code APE : | 6820B - Location de terrains et d'autres biens immobiliers |
| Capital social : | 10000 EUR |
| Adresse du siège : | 985 CHE DU RETENAOU 06220 VALLAURIS FRANCE |

*Attachment 3(2)*

| | |
|---|---|
| Département du siège : | 06 |

## Dirigeants et associés

| | |
|---|---|
| Nom, Prénom(s) : | **KLEBANOV** YAKOV |
| Qualité : | Gérant |
| Date de naissance (mm/aaaa) : | 03/1984 |
| Nom, Prénom(s) : | **KLEBANOV** ALEXANDER |
| Date de naissance (mm/aaaa) : | 04/1963 |

## Bénéficiaires effectifs

| | |
|---|---|
| Nom prénom : | **KLEBANOV** ALEXANDER |
| Date de naissance (mm/aaaa) : | 04/1963 |
| Nationalité : | KAZAKHE |
| Pays de résidence : | KAZAKHSTAN |

Capital total : 90 % :

Total des droits de vote : 90%
- Total vote indirect :
    - Total des droits de votes par le biais d'une personne morale : 0 %

## Établissements

| | |
|---|---|
| Type d'établissement : | Principal |
| Date début d'activité : | 07/06/2007 |
| Siret : | 49852868600013 |
| Code APE : | 6820B |
| Origine du fonds : | Création |

Inscriptions au RNE                    Entreprise SCI DU 985 CHEMIN D...

| | |
|---|---|
| Activité : | la propriété la mise en valeur l'administration & l'exploitation par bail location de tous immeubles & droits immobiliers détenus en pleine propriété nue-propriété usufruit dont elle pourrait devenir propriétaire par voie d'acquisition d'apport d'échange où autrement & notamment l'acquisition en pleine propriété d'un bien à Vallauris 985 chemin de Retenaou cadastre secteur Ad n°71 lieudit les Encourdoules l'organisation en vue de faciliter la gestion de cet immeuble & sa transmission, de tous biens & droits pouvant constituer l'accessoire l'annexe ou le complément des immeubles et droits immobiliers en question, l'organisation en vue d'en faciliter la gestion et la transmission. La propriété & la gestion d'un portefeuillle de valeurs mobilières droits sociaux ou tous autres titres détenus en pleine propriété et nue-propriété ou usufruit par voie d'achat d'échange d'apport de souscriptions de parts d'action obligation & de tous titres ou droits sociaux en général. La vente de ces mêmes biens pour autant toutefois qu'elle n'exposé pas la société à être soumise à l'impôt sur les sociétés, ne puisse être considérée comme un acte de commerce & ne porte pas en conséquence atteinte au caractère civil de la société. |
| Adresse : | 985 CHE DU RETENAOU<br>06220 , VALLAURIS - FRANCE |
| Département : | 06 |

 

boupi.exporter.type.entreprises

# NATIONAL REGISTER OF COMPANIES
Extract from the inscriptions
This document summarizes the status of registrations in the National Register of companies concerning the **SCI OF 985 CHEMIN DU RETENAOU** company on the date of
**July 29, 2023**
A daily update can be obtained on the DATA INPI website at https://data.inpi.fr/

**Company identity**

| | |
|---|---|
| Name | SCI OF THE 985 CHEMIN DU RETENAOU |
| SIREN (headquarters) | 498 528 686 |
| Date of registration: | 14/06/2007 |
| Start of activity : | 07/06/2007 |
| Duration of the legal entity: | 99 years |
| Nature of the company | commerce |
| Legal form : | Real estate civil society |
| Main activity : | The property development, administration & the exploitation by lease of all immovables & immovable rights held in full bare ownership usufruct of which could become the owner by way of acquisition, contribution, exchange or otherwise & in particular the acquisition of full ownership of a property in Vallauris 985 chemin de Retenaou cadastre sector Ad n ° 71 lieudit the Encourdoules. The organization in order to facilitate the management of this immovable & its transmission, all goods & rights that may constitute the accessory, the annex or the complement of the immovables and immovable rights, the organization in order to facilitate their management and transmission. The ownership & management of a portfolio of transferable securities, social rights or any other securities held in full ownership and bare ownership or usufruct by way of purchase of exchange of contribution, subscriptions of share units obligation & of any securities or social rights in general. The sale of these same goods provided, however, that it does not expose the company to be subject to corporate tax, cannot be considered as an act of commerce & does not consequently affect the civil character of the company. |
| Code APE | 6820B - Rental of land and other real estate |
| Capital social : | 10000 EUR |
| Headquarters address | 985 CHE DU RETENAOU 06220 VALLAURIS FRANCE |
| Headquarters department | 06 |

**Managers and partners**

**Registration for the SCI**  Company RNE OF 985 CHEMIN D...

| | |
|---|---|
| Last name, First name(s) | **KLEBANOV YAKOV** |
| Quality | Manager |
| Date of birth (mm/yyyy) | 03/1984 |

**Beneficial owners**

| | |
|---|---|
| Last name, First name(s) | **KLEBANOV ALEXANDER** |
| Date of birth (mm/yyyy) | 04/1963 |
| Nationality | KAZAKH |
| Country of residence | KAZAKHSTAN |
| Total Capital | 90% |
| Total voting rights: | 90% |

- Total voting indirect
- Total voting rights through a legal entity: 0 %

## Establishments

| | |
|---|---|
| Type of establishment: | Main |
| Start date of activity | 06/07/2007 |
| Siret : | 49852868600013 |
| EPA Code | 6820B |
| Origin of the fund | Creation |
| Activity : | The property development, administration & the exploitation by lease of all immovables & immovable rights held in full bare ownership usufruct of which could become the owner by way of acquisition, contribution, exchange or otherwise & in particular the acquisition of full ownership of a property in Vallauris 985 chemin de Retenaou cadastre sector Ad n ° 71 lieudit the Encourdoules. The organization in order to facilitate the management of this immovable & its transmission, all goods & rights that may constitute the accessory, the annex or the complement of the immovables and immovable rights, the organization in order to facilitate their management and transmission. The ownership & management of a portfolio of transferable securities, social rights or any other securities held in full ownership and bare ownership or usufruct by way of purchase of exchange of contribution, subscriptions of share units obligation & of any securities or social rights in general. The sale of these same goods provided, however, that it does not expose the company to be subject to corporate tax, cannot be considered as an act of commerce & does not consequently affect the civil character of the company. |
| Address | 985 CHE DU RETENAOU 06220 , VALLAURIS - FRANCE |
| Department | 06 |



31 July 2023

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 8448871141.

Thank you for choosing DHL Express.

www.dhl.com

### Your shipment 8448871141 was delivered on 31 July 2023 at 14.52

| | | | |
|---|---|---|---|
| **Signed** | BATTALOVA M | **Destination Service Area** | ASTANA KAZAKHSTAN |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600011081385884 |

### Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | DOMESTIC EXPRESS 18:00 | **Origin Service Area** | ALMATY KAZAKHSTAN |
| **Picked Up** | 28 July 2023 at 08.40 | **Shipper Reference** | 8448871141KZ20230727204005771 |

attachment 4(2)





25 July 2023

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 3414300665.

Thank you for choosing DHL Express.

www.dhl.com

## Your shipment 3414300665 was delivered on 25 July 2023 at 10.17

| | | | |
|---|---|---|---|
| **Signed** | OMG | **Destination Service Area** | ASTANA KAZAKHSTAN |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600011109830620 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS ENVELOPE | **Origin Service Area** | ELIZABETH UNITED STATES OF AMERICA |
| **Picked Up** | 20 July 2023 at 18.06 | **Shipper Reference** | 3414300665US20230719223722861 |

**DHL**

Find a Location    Search    United States of America

Track ∨  Ship ∨  Enterprise Logistics Services ∨  Customer Service    Customer Portal Logins ∨

Tracking Code: 3414300665

This shipment is handled by: **DHL Express**

## Delivered

July, 25 2023 10:17 Local time, Service Area: ASTANA - KAZAKHSTAN

**Origin Service Area: ELIZABETH, NJ - USA**

**Destination Service Area: ASTANA - KAZAKHSTAN**

To protect your privacy, more delivery details are available after validation

## More Shipment Details

| Delivery Date / Time | July, 25 2023, 10:17 Local time |
| --- | --- |
| To protect your privacy, more delivery details are available after validation | **Electronic Proof of Delivery** |
| 1 Piece ID | JD014600011109830620 |

## All Shipment Updates

Tuesday
**July, 25 2023**
11:14 Local time



Customs clearance status updated. Note - The Customs clearance process may start while the shipment is in transit to the destination.
Service Area: ASTANA - KAZAKHSTAN

Tuesday
**July, 25 2023**
10:17 Local time

**Delivered**
ASTANA - KAZAKHSTAN
1 Piece ID: JD014600011109830620

10:05 Local time

**Shipment is out with courier for delivery**
ASTANA - KAZAKHSTAN
1 Piece ID: JD014600011109830620

Attachment 5/3

| | | |
|---|---|---|
| **Monday**<br>**July, 24 2023**<br>13:11 Local time | **Shipment is on hold**<br>ASTANA - KAZAKHSTAN<br>1 Piece ID: JD014600011109830620 | |
| | **Arrived at DHL Delivery Facility ASTANA - KAZAKHSTAN**<br>ASTANA - KAZAKHSTAN<br>1 Piece ID: JD014600011109830620 | |
| 12:17 Local time | **Shipment has departed from a DHL facility ASTANA - KAZAKHSTAN**<br>ASTANA - KAZAKHSTAN<br>1 Piece ID: JD014600011109830620 | |
| 10:25 Local time | **Clearance processing complete at ASTANA - KAZAKHSTAN**<br>ASTANA - KAZAKHSTAN<br>1 Piece ID: JD014600011109830620 | |
| 09:53 Local time | **Clearance event**<br>ASTANA - KAZAKHSTAN<br>1 Piece ID: JD014600011109830620 | |
| 09:40 Local time | **Processed at ASTANA - KAZAKHSTAN**<br>ASTANA - KAZAKHSTAN<br>1 Piece ID: JD014600011109830620 | |
| 09:15 Local time | **Arrived at DHL Sort Facility ASTANA - KAZAKHSTAN**<br>ASTANA - KAZAKHSTAN<br>1 Piece ID: JD014600011109830620 | |
| **Sunday**<br>**July, 23 2023**<br>17:51 Local time | **Shipment has departed from a DHL facility DUBAI - UNITED ARAB EMIRATES**<br>DUBAI - UNITED ARAB EMIRATES<br>1 Piece ID: JD014600011109830620 | |
| 12:36 Local time | **Processed at DUBAI - UNITED ARAB EMIRATES**<br>DUBAI - UNITED ARAB EMIRATES<br>1 Piece ID: JD014600011109830620 | |
| 12:25 Local time | **Arrived at DHL Sort Facility DUBAI - UNITED ARAB EMIRATES**<br>DUBAI - UNITED ARAB EMIRATES<br>1 Piece ID: JD014600011109830620 | |
| 07:47 Local time | **Shipment has departed from a DHL facility BAHRAIN - BAHRAIN**<br>BAHRAIN - BAHRAIN<br>1 Piece ID: JD014600011109830620 | |
| 05:26 Local time | **Shipment is in transit to destination**<br>BAHRAIN - BAHRAIN<br>1 Piece ID: JD014600011109830620 | |
| **Saturday**<br>**July, 22 2023**<br>21:58 Local time | **Shipment has departed from a DHL facility LEIPZIG - GERMANY**<br>LEIPZIG - GERMANY<br>1 Piece ID: JD014600011109830620 | |
| 07:18 Local time | **Scheduled to depart on the next planned movement**<br>LEIPZIG - GERMANY<br>1 Piece ID: JD014600011109830620 | |
| 05:11 Local time | **Processed at LEIPZIG - GERMANY**<br>LEIPZIG - GERMANY<br>1 Piece ID: JD014600011109830620 | |

Tracking Code: 2862597500

This shipment is handled by: **DHL Express**

## Shipment is on hold

August, 01 2023 16:43 Local time, ALMATY - KAZAKHSTAN

**Origin Service Area:** ELIZABETH, NJ - USA

**Destination Service Area:** ALMATY - KAZAKHSTAN

## More Shipment Details

1 Piece ID     JD014600011089186947

## All Shipment Updates

**Tuesday**
**August, 01 2023**

16:43 Local time     **Shipment is on hold**
ALMATY - KAZAKHSTAN
1 Piece ID: JD014600011089186947

**Monday**
**July, 31 2023**

21:48 Local time     **Shipment is on hold**
ALMATY - KAZAKHSTAN
1 Piece ID: JD014600011089186947

12:22 Local time     **Delivery not accepted**
ALMATY - KAZAKHSTAN
1 Piece ID: JD014600011089186947

08:51 Local time     **Shipment is out with courier for delivery**
ALMATY - KAZAKHSTAN
1 Piece ID: JD014600011089186947

| | | |
|---|---|---|
| **Wednesday** | | |
| **July, 26 2023** | | **Shipment is on hold** |
| 21:46 Local time | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| 21:45 Local time | | **Shipment is scheduled for delivery** |
| | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| 18:15 Local time | | **Delivery attempt could not be completed** |
| | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| 09:09 Local time | | **Shipment is out with courier for delivery** |
| | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| **Tuesday** | | |
| **July, 25 2023** | | **Shipment is on hold** |
| 13:02 Local time | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| 13:01 Local time | | **Arrived at DHL Delivery Facility ALMATY - KAZAKHSTAN** |
| | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| 12:26 Local time | | **Shipment has departed from a DHL facility ALMATY - KAZAKHSTAN** |
| | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| 11:41 Local time | | **Processed at ALMATY - KAZAKHSTAN** |
| | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| 11:28 Local time | | **Clearance processing complete at ALMATY - KAZAKHSTAN** |
| | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| 03:39 Local time | | **Clearance event** |
| | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| 03:36 Local time | | **Arrived at DHL Sort Facility ALMATY - KAZAKHSTAN** |
| | | ALMATY - KAZAKHSTAN |
| | | 1 Piece ID: JD014600011089186947 |
| **Monday** | | |
| **July, 24 2023** | | **Customs clearance status updated. Note - The Customs clearance process may start while the shipment is in transit to the destination.** |
| 23:15 Local time | | ALMATY - KAZAKHSTAN |
| **Sunday** | | |
| **July, 23 2023** | | **Shipment has departed from a DHL facility FRANKFURT - GERMANY** |
| 10:37 Local time | | FRANKFURT - GERMANY |
| | | 1 Piece ID: JD014600011089186947 |
| 07:23 Local time | | **Processed at FRANKFURT - GERMANY** |
| | | FRANKFURT - GERMANY |
| | | 1 Piece ID: JD014600011089186947 |

**Saturday**
**July, 22 2023**
07:00 Local time

**Arrived at DHL Sort Facility FRANKFURT - GERMANY**
FRANKFURT - GERMANY
1 Piece ID: JD014600011089186947

04:33 Local time

**Shipment has departed from a DHL facility LEIPZIG - GERMANY**
LEIPZIG - GERMANY
1 Piece ID: JD014600011089186947

00:56 Local time

**Processed at LEIPZIG - GERMANY**
LEIPZIG - GERMANY
1 Piece ID: JD014600011089186947

**Friday**
**July, 21 2023**
23:06 Local time

**Arrived at DHL Sort Facility LEIPZIG - GERMANY**
LEIPZIG - GERMANY
1 Piece ID: JD014600011089186947

08:53 Local time

**Shipment has departed from a DHL facility NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID: JD014600011089186947

04:07 Local time

**Processed at NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID: JD014600011089186947

DHL    Track ⌄    Ship ⌄    Enterprise Logistics Services ⌄    Customer Service    🔍  👤 ⌄

**Thursday**
**July, 20 2023**
22:24 Local time

**Shipment has departed from a DHL facility ELIZABETH - USA**
ELIZABETH, NJ - USA
1 Piece ID: JD014600011089186947

20:26 Local time

**Processed at ELIZABETH - USA**
ELIZABETH, NJ - USA
1 Piece ID: JD014600011089186947

18:05 Local time

**Shipment picked up**
ELIZABETH, NJ - USA
1 Piece ID: JD014600011089186947

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service

# Quick Answers to Common Tracking Questions

**When I track my international DHL Express shipments, why do I sometimes get information for a shipment that is not going to the intended destination?** ⌄

**I have tracked a shipment and been told to contact DHL. Why is this?** ⌄

**The tracking results are showing that my shipment is going to a different town or city than it was initially addressed to. Why is this?** ⌄

**How do I learn who signed for my shipment?** ⌄