Yerkyn Amirkhanov
815 Avenue U Fl 2
Brooklyn, NY, 11223

07 August 2023



To: The Honorable Cheryl L. Pollak
United States Magistrate Judge

Cc: The Honorable Judge LaShann DeArcy Hall
United States District Judge

United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn,
New York 11201



*RE: Service of the Order dated July 6th 2023 on the case # 23-CV-2399 (LDH) (CLP)*

Dear Judge Pollak,

    Hereby I inform you regarding the service of defendant Kan Sergey with the Order dated July 6th 2023. As it was mentioned in previous correspondence Kan S. evades serving him any correspondence regarding the case, thus e.g. my representative, who came to serve the Order, was not allowed at Kan's permanent location - the office at the 9th floor of Rixos Hotel, 506/99 Seifullyn str., Almaty, Kazakhstan. Next, the mail, that was sent by DHL postal service, to his residential address: 291/22 Dostyk Avenue, Almaty, 050020 Kazakhstan, was not served since the recipient refused to accept it without any reason.
    Further, the Order was sent by DHL postal service to the "CAEPCO" JSC office located at 2 Dostyk str., Business center SAAD, 12th floor, Astana, Republic of Kazakhstan, 010000. But the shipment was refused to accept for the reason that the content were not ordered by them (see Attachment 1).
    For the purpose of delivery, finally I've sent the document to his personal emails, and hereby I certify that on August 7th 2023 I caused a copy of the Order dated July 6th 2023 to be served to the following emails known for me: s.kan@inbox.ru, s.kan.galaxynote@gmail.com and to personal mobile number +77011110155 via Signal Messenger (Attachment 2).

Please see 2 Attachments.

Sincerely,
Yerkyn Amirkhanov


Tracking Code: 7367794453

This shipment is handled by: **DHL Express**

## Delivery not accepted

August, 07 2023 17:30 Local time, ASTANA - KAZAKHSTAN

**Origin Service Area: ALMATY - KAZAKHSTAN**





**Destination Service Area: ASTANA - KAZAKHSTAN**

**Further Detail**

The consignee refused to accept the shipment as the contents were not ordered by them.

**Next Step**

Please contact us to provide new instructions.

To protect your privacy, more delivery details are available after validation

## More Shipment Details ∧

1 Piece ID | JD014600011091248099

## All Shipment Updates ∧

Monday
**August, 07 2023**
17:30 Local time

**Delivery not accepted**
ASTANA - KAZAKHSTAN
1 Piece ID: JD014600011091248099

Monday
**August, 07 2023**
10:12 Local time

**Shipment is out with courier for delivery**
ASTANA - KAZAKHSTAN
1 Piece ID: JD014600011091248099

**Saturday**
**August, 05 2023**

00:06 Local time — **Shipment is on hold**
ASTANA - KAZAKHSTAN
1 Piece ID: JD014600011091248099

00:05 Local time — **Arrived at DHL Delivery Facility ASTANA - KAZAKHSTAN**
ASTANA - KAZAKHSTAN
1 Piece ID: JD014600011091248099

**Friday**
**August, 04 2023**

22:58 Local time — **Shipment has departed from a DHL facility ASTANA - KAZAKHSTAN**
ASTANA - KAZAKHSTAN
1 Piece ID: JD014600011091248099

22:17 Local time — **Processed at ASTANA - KAZAKHSTAN**
ASTANA - KAZAKHSTAN
1 Piece ID: JD014600011091248099

22:16 Local time — **Arrived at DHL Sort Facility ASTANA - KAZAKHSTAN**
ASTANA - KAZAKHSTAN
1 Piece ID: JD014600011091248099

14:37 Local time — **Processed at ALMATY - KAZAKHSTAN**
ALMATY - KAZAKHSTAN
1 Piece ID: JD014600011091248099

12:40 Local time — **Shipment picked up**
ALMATY - KAZAKHSTAN
1 Piece ID: JD014600011091248099

11:14 Local time — **Payment is received and recorded for shipment related fees**
ALMATY - KAZAKHSTAN
1 Piece ID: JD014600011091248099

11:13 Local time — **Shipment Accepted**
ALMATY - KAZAKHSTAN
1 Piece ID: JD014600011091248099

**Quick Links**
Customer Service
Customer Portal Logins
Strategic Partner Directory
Developer Portal
Get a Quote
DHL for Business

**Our Divisions**
DHL Express
DHL Global Forwarding
DHL Supply Chain
DHL eCommerce Solutions
Other Global Divisions

**Industry Sectors**
Auto-Mobility
Chemicals
Consumer
Energy
Engineering and Manufacturing
Life Sciences and Healthcare
Public Sector
Retail
Technology

**Company Information**
About DHL
Delivered
Careers
Press Center
Sustainability
Supplier Diversity
Insights and Innovation
Official Logistics Partners

Attachment 2

<  **Kan Sergey (Моб...** @ 🎥 📞



# Kan Sergey (Мобильный 1)

+7 701 111 0155

---

📄 **PDF** Order on Extention 2.pdf
81 КБ

See attached Judge Cheryl L. Pollak Order dated July 6, 2023 on case 1:23-CV-2399 (LDH) (CLP)

Только что ✓

+ Сообщение 🏷️ 📷 🎤

