UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
AMIRKHANOV YERKYN,                                              :
                                   Plaintiff,                   :
                                                                :
            - against -                                         :    Case No. 23-cv-2399-LDH
                                                                :
KLEBANOV ALEXANDR YAKOVLEVICH,                                  :
KAN SERGEY VLADIMIROVICH, AND                                   :
THE NATIONAL SECURITY COMMITTEE OF                              :
THE REPUBLIC OF KAZAKHSTAN.                                     :
                                                                :
                                   Defendants.                  :
--------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

JEAN MARIE LAMBERT, deposes and states that I am over eighteen years of age and am not a party to this action.

On August 10, 2023, I served the Court's Order of August 10, 2023 upon Plaintiff, Amirkhanov Yerkyn by depositing a true copy of the Order and a cover letter, copies of which are attached to this Affidavit, in an official depository under the exclusive care and custody of the United States Postal Service via First Class Mail to the below address:

Amirkhanov Yerkyn
815 Avenue U, Fl. 2
Brooklyn, NY 11223.

Plaintiff listed this address in the Amended Complaint. The receipt for the mailing with tracking is also attached.

_____
JEAN MARIE LAMBERT

Sworn to before me on this
August 11, 2023

_____
NOTARY PUBLIC

MARICELA ZAPIAN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Oct 19, 2025



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

| | | | |
|---|---|---|---|
| Almaty | Houston | | **Telephone** +1 212 696 6000 |
| Astana | London | 101 Park Avenue | **Facsimile** +1 212 697 1559 |
| Beijing | Mexico City | New York, New York 10178-0061 | www.curtis.com |
| Bogotá | Milan | | |
| Brussels | Muscat | | |
| Buenos Aires | Paris | | **Jean Marie Lambert** |
| Dubai | Riyadh | | Tel: +1 551 556 3614 |
| Frankfurt | Rome | | Fax: +1 917 368 8996 |
| Geneva | Washington, D.C. | | E-Mail: jlambert@curtis.com |

August 10, 2023

**VIA MAIL**

Amirkhanov Yerkyn
815 Avenue U, Fl. 2
Brooklyn, NY 11223

    Re:    *Yerkyn v. National Security Committee of the Republic of Kazakhstan, et al.,*
               No. 23-cv-2399-LDH (E.D.N.Y.)

Dear Mr. Yerkyn:

Pursuant to the Court's instructions please see the order attached.

                                                       Respectfully,

                                                      */s/ Jean M Lambert*
                                                       Jean M. Lambert

NPROSE,PROSENEF

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:23-cv-02399-LDH-CLP

Yerkyn v. Yakovlevich et al  
Assigned to: Judge LaShann DeArcy Hall  
Referred to: Magistrate Judge Cheryl L. Pollak  
Cause: 42:1983 Civil Rights Act

Date Filed: 03/28/2023  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2023 | | ORDER: On or before August 15, 2023, pro se Plaintiff is directed to file a letter either opposing both Defendant National Security Committee of Kazakhstan's request 15 for pre-motion conference or advising the Court that it does not intend to oppose the motion. Any letter response must not exceed three (3) pages and must include a summary of the arguments to be set forth in opposition and contain sufficient legal authority. Defense counsel is respectfully directed to mail a copy of this order to pro se Plaintiff and file proof of service via ECF. Ordered by Judge LaShann DeArcy Hall on 8/10/2023. (CG) (Entered: 08/10/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/10/2023 16:55:45 | | | |
| **PACER Login:** | cm000222 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-02399-LDH-CLP Start date: 8/10/2023 End date: 8/10/2023 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |



# UNITED STATES POSTAL SERVICE

CARDISS COLLINS
433 W HARRISON ST FL LBBY
CHICAGO, IL 60699-9208
(800)275-8777

08/10/2023                              05:41 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|

---

PM Express 1-Day     1                    $28.75
Flat Rate Env
    Brooklyn, NY 11223
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
      Fri 08/11/2023 06:00 PM
    Money Back Guarantee
    Tracking #:
      EI063214890US
    Insurance                    $0.00
      Up to $100.00 included
    Return Receipt               $3.55
      Tracking #:
      9590 9402 7645 2122 2959 00
Total                                   $32.30

---

Grand Total:                            $32.30

---

Credit Card Remit                       $32.30
    Card Name: VISA
    Account #: XXXXXXXXXXXX3403
    Approval #: 04253D
    Transaction #: 503
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required    CHASE VISA

---

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

