# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Amirkhanov Yerkyn </br>*Plaintiff* </br>v. </br>Klebanov Alexandr Yakovlevich et al. </br>*Defendant* | Case No. 23-cv-2399-LDH |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Klebanov Alexandr Yakovlevich and Kan Sergey Vladimirovich.

Date: 08/14/2023

/s Paul R. Niehaus
*Attorney's signature*

Paul Robert Niehaus PN-3994
*Printed name and bar number*
950 Third Avenue, Suite 1900
New York, NY 10022

*Address*

Paul.Niehaus@kirschniehaus.com
*E-mail address*

(212) 631-0223
*Telephone number*

(212) 624-0223
*FAX number*