UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
AMIRKHANOV YERKYN,                                                   :
                                        Plaintiff,                   :
                                                                     :
            - against -                                              :     **Case No. 23-cv-2399-LDH**
                                                                     :
KLEBANOV ALEXANDR YAKOVLEVICH,                                       :
KAN SERGEY VLADIMIROVICH, AND                                        :
THE NATIONAL SECURITY COMMITTEE OF                                   :
THE REPUBLIC OF KAZAKHSTAN.                                          :
                                                                     :
                                        Defendants.                  :
-------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

State of New York          )
                           ) ss.:
Country of New York        )

ANN JOLIE JOFFRION, deposes and states that I am over eighteen years of age, am not a party to this action and am an employee at Curtis, Mallet-Prevost, Colt & Mosle, LLP.

On August 23, 2023, I served the Court's Scheduling Order of August 22, 2023 upon Plaintiff, Amirkhanov Yerkyn by depositing a true copy of the Order and a cover letter, copies of which are attached to this affidavit, in an official depository under the exclusive care and custody of the United States Postal Service via First Class Mail to the below address:

Amirkhanov Yerkyn
815 Avenue U, Fl. 2
Brooklyn, NY 11223.

Plaintiff listed the address in the Amended Complaint. The receipt for the mailing is also attached.

_____
ANN JOLIE JOFFRION

Sworn to before me on this
August 23, 2023

_____
NOTARY PUBLIC

GRACE E. CONDRO
Notary Public, State of New York
No. 02CO6398589
Qualified in New York County
Commission Expires 09/30/2023



## Curtis, Mallet-Prevost, Colt & Mosle LLP

Almaty
Astana
Beijing
Bogotá
Brussels
Buenos Aires
Dubai
Frankfurt
Geneva

Houston
London
Mexico City
Milan
Muscat
Paris
Riyadh
Rome
Washington, D.C.

101 Park Avenue
New York, New York 10178-0061

Telephone +1 212 696 6000
Facsimile +1 212 697 1559
www.curtis.com

**Joseph D. Pizzurro**
Tel: +1 212 696 6196
Fax: +1 917 368 8996
E-Mail: jpizzurro@curtis.com

August 23, 2023

## VIA MAIL

Amirkhanov Yerkyn
815 Avenue U, Fl. 2
Brooklyn, NY 11223

      **Re:** *Yerkyn v. National Security Committee of the Republic of Kazakhstan, et al.,* **No. 23-cv-2399-LDH (E.D.N.Y.)**

Dear Mr. Yerkyn:

      Pursuant to the Court's instructions please see the order attached.

                                    Respectfully,

                                    */s/ Joseph D. Pizzurro*
                                    Joseph D. Pizzurro

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:23-cv-02399-LDH-CLP

Yerkyn v. Yakovlevich et al  
Assigned to: Judge LaShann DeArcy Hall  
Referred to: Magistrate Judge Cheryl L. Pollak  
Cause: 42:1983 Civil Rights Act  

Date Filed: 03/28/2023  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2023 | | SCHEDULING ORDER: Defendants' requests for a pre-motion conference 15 and 21 are DENIED. The parties shall brief Defendants' motion to dismiss in accordance with this Court's Individual Rules and Practices. Defendants shall serve Plaintiff with an omnibus motion to dismiss on or before September 22, 2023. Plaintiff shall serve Defendants with any opposition papers on or before October 20, 2023. Defendants shall serve any reply on or before November 17, 2023. The opening brief and opposition brief shall each be no more than 30 pages, and the reply shall be no more than 15 pages. As a courtesy, unless objected to by the parties, the Court asks that the parties file the motion only once it is fully briefed. Defendants shall provide the Court with a courtesy copy of the filed, stamped, fully briefed motion, within two business days of filing. Memoranda of law and courtesy copies shall comply with this Court's Individual Rules and Practices. Defense counsel is respectfully directed to mail a copy of this order to pro se Plaintiff and file proof of service via ECF. Ordered by Judge LaShann DeArcy Hall on 8/22/2023. (CG) (Entered: 08/22/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/23/2023 10:15:56 | | | |
| PACER Login: | cm000222 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:23-cv-02399-LDH-CLP Start date: 8/22/2023 End date: 8/22/2023 |
| Billable Pages: | 1 | Cost: | 0.10 |



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7021 2720 0000 1270 0656

Sent To: AMIRKHANOV YERKYN
Street and Apt. No., or PO Box No.: 815 AVENUE U, 2nd FL
City, State, ZIP+4: BROOKLYN, NY 11223

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
AMIRKHANOV YERKYN
815 AVENUE U, 2nd FL
BROOKLYN, NY 11223

9590 9402 5202 9122 7905 84

2. Article Number (Transfer from service label)
7021 2720 0000 1270 0656

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 5202 9122 7905 84

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JEAN LAMBERT
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178